IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| STASTINA ADKISSON | )<br>) |
| Plaintiff | ) Civil Action No. 3:11-cv-1110<br>) |
| v. | )<br>) JUDGE HAYNES |
| VANDERBILT UNIVERSITY (THE)<br>d/b/a VANDERBILT UNIVERSITY<br>MEDICAL CENTER, | )<br>) Jury Demand<br>)<br>) |
| Defendant. | ) |

### AGREED ORDER OF DISMISSAL

Upon agreement of the parties as evidenced by the signatures of their respective counsel hereto, it appearing to the Court that all matters between the parties have been compromised and settled,

IT IS HEREBY ORDERED that this matter be, and the same is hereby dismissed with prejudice.

Entered this 29th day of January, 2013.

UNITED STATES DISTRICT JUDGE

APPROVED FOR ENTRY:

/s/ Donald D. Zuccarello with permission by Alonda W. McCutcheon
Donald D. Zuccarello (BPR # 15092)
Law Office of Donald D. Zuccarello
3209 West End Avenue
Nashville, Tennessee 37203
615/259-8100

*Attorney for Plaintiff*